## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALEX R. ROBINSON                                                                                            PLAINTIFF

v.                                            No. 4:10CV01417 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                       DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner of the Social Security Administration is affirmed. The complaint of Alex R. Robinson is dismissed with prejudice.

IT IS SO ORDERED this 8th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE